JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

HAMILTON ISMAEL PADILLA MENDOZA,

        Petitioner,

   v.

FERETI SEMAIA, et al.,

        Respondents.

No. 5:26-cv-03131 DSR

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, Ordering Immediate Release of Petitioner, and Enjoining Removal to Third Country Without Notice and an Opportunity to be Heard ("Order"),

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

IT IS SO ORDERED.

DATED: June 24, 2026

_____
HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE