UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03131 DSR Date: October 14, 2026

Title MENDOZA v. SEMAIA, ET AL.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| | |
|---|---|
| L. Krivitsky | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER SETTING HEARING ON PETITIONER'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (DOC. NO. 16)**

On September 24, 2026, Petitioner (through counsel) filed a Motion for Award of Attorneys' Fees and Expenses Pursuant to the Equal Access to Justice Act. See Doc. No. 16. Petitioner's Notice of Motion does not comply with Local Rules 6-1 and 7-4, in that no hearing date is specified for the Motion. Specification of the actual hearing date on law-and-motion matters is critical, as that determines the due date for opposition and reply papers. See Local Rules 7-9, 7-10.

Rather than striking or denying the Motion on that basis, however, the Court instead itself sets the Motion for hearing. Petitioner's Motion will be heard on **November 10, 2026, at 10:00 a.m.** in courtroom 690 of the Roybal Federal Courthouse. Due dates for Opposition and Reply papers pursuant to Local Rules 7-9 and 7-10 are due based on that date.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK